**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0727

Terry McCain

- - Versus - -

Lewis Companies, Inc. and LUBA Casualty Insurance
Company

Workers Compensation Administration, Baton
Rouge District Office, 5
Case #: 1703030
East Baton Rouge Parish

Consolidated with the following:

2022 - CA - 0728
Terry McCain
versus
Lewis Companies, Inc.

On Application for Rehearing filed on 06/19/2023 by Luba and Lewis Companies, Inc.

Rehearing ___denied.___ _____

Page McClendon

Guy Holdridge

Hunter Greene

Holdridge, J., votes to deny rehearing and specifically notes that neither La. Const., Art. 5, Sect. 8(B) nor Uniform Rules - Court of Appeal, Rule 1.5, requires that this case be re-submitted to a five-judge panel.

Greene, J., would grant rehearing for reasons given in his dissent but agrees with Judge Holdridge that this case need not be re-submitted to a five-judge panel.

Date ___**AUG 1 6 2023**___

Rodd Naquin, Clerk